# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:25–cv–00913–KKM–CPT

| | |
|---|---|
| Pasco County, Florida v. Eli Lilly and Company et al | Date Filed: 04/11/2025 |
| Assigned to: Judge Kathryn Kimball Mizelle | Date Terminated: 04/28/2025 |
| Referred to: Magistrate Judge Christopher P. Tuite | Jury Demand: Plaintiff |
| Cause: 18:1961 Racketeering (RICO) Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Pasco County, Florida**      represented by      **Benjamin Widlanski**
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134
305–372–1800
Fax: 305–372–3508
Email: bwidlanski@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Brandon L. Bogle**
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
Suite 600
316 S. Baylen St.
Pensacola, FL 32502
850/435–7043
Fax: 850/435–7020
Email: bbogle@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Burton LeBlanc**
Baron & Budd, P.C.
2600 Citiplace Drive
Ste 400
Baton Rouge, LA 70808
225–927–5441
*ATTORNEY TO BE NOTICED*

**Catherine Hancock Dorsey**
Baron & Budd, P.C.
600 New Hampshire Ave NW
10th Floor
Washington, DC 20037
202–333–4562
*ATTORNEY TO BE NOTICED*

**Christine C. Mansour**
Baron & Buss, P.C.
3102 Oak Lawn Avenue

Suite 1100
Dallas, TX 75219
214–521–3605
Fax: 214–520–1181
*ATTORNEY TO BE NOTICED*

**Christopher A. Seeger**
Seeger Weiss LLP
1 William St.
New York, NY 10004–2502
212/584–0700
Fax: 212/584–0799
Email: cseeger@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**Daniel DiClemente**
Burstyn Law
Florida
1101 Brickell Ave
S700
Miami, FL 33131
617–510–5136
Email: daniel.diclemente@burstynlaw.com
*ATTORNEY TO BE NOTICED*

**David R. Buchanan**
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
973–639–9100
Fax: 973–639–9393
Email: dbuchanan@seegerweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jorge L. Piedra**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
Suite 9th Floor
Coral Gables, FL 33134
305–372–1800
Fax: 305–372–3508
Email: jpiedra@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Mark P. Pifko**
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436
818–839–2333
*ATTORNEY TO BE NOTICED*

**Matthew D. Schultz**
Levin, Papantonio, Thomas, Mitchell, Rafferty &

Proctor, P.A
316 S. Baylen St., Suite 600
Pensacola, FL 32502
850–435–7140
Email: mschultz@levinlaw.com
*ATTORNEY TO BE NOTICED*

**Rachel Sullivan**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, FL 33134
305–372–1800
Email: rs@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Roland Tellis**
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436
818–839–2333
*ATTORNEY TO BE NOTICED*

**Russell W. Budd**
Baron & Budd, PC
Suite 1100
3102 Oak Lawn Ave.
Dallas, TX 75219
214/521–3605
Email: rbudd@baronbudd.com
*ATTORNEY TO BE NOTICED*

**Steven J. Daroci**
Seeger Weiss LLP
55 Challenger Road
Ridgefield Park, NJ 07660
973–639–9100
*ATTORNEY TO BE NOTICED*

**Tal J. Lifshitz**
Kozyak, Tropin & Throckmorton, PA
9th Floor
2525 Ponce de Leon Blvd
Coral Gables, FL 33134
305/728–2959
Fax: 305/372–3508
Email: tjl@kttlaw.com
*ATTORNEY TO BE NOTICED*

**William Franklin Cash , III**
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
316 S Baylen St – Ste 600
PO Box 12308
Pensacola, FL 32502

850–435–7059  
Fax: 850–435–7020  
Email: bcash@levinlaw.com  
*ATTORNEY TO BE NOTICED*

**Rebecca Timmons**  
Levin Papantonio  
316 South Baylen Street  
Pensacola, FL 32502  
850–390–3425  
Email: btimmons@levinlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Novo Nordisk Inc.**

**Defendant**

**Sanofi–Aventis U.S. LLC**

**Defendant**

**Evernorth Health, Inc.**
*formerly known as*
Express Scripts Holding Company

**Defendant**

**Express Scripts, Inc.**

**Defendant**

**Express Scripts Administrators, LLC**

**Defendant**

**Medco Health Solutions, Inc.**

**Defendant**

**ESI Mail Pharmacy Service, Inc.**

**Defendant**

**Express Scripts Pharmacy, Inc.**

**Defendant**

**Ascent Health Services, LLC**

**Defendant**

**CVS Health Corporation**

**Defendant**

**CVS Pharmacy, Inc.**

**Defendant**

**Caremark RX, LLC**

**Defendant**

**Caremark PCS Health, LLC**

**Defendant**

**Caremark, LLC**

**Defendant**

**Zinc Health Services, LLC**

**Defendant**

**Unitedhealth Group, Inc.**

**Defendant**

**Optum, Inc.**

**Defendant**

**Optumrx, Inc.**

**Defendant**

**OptumInsight, Inc.**

**Defendant**

**Emisar Pharma Services, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2025 | 1 | COMPLAINT against Ascent Health Services, LLC, CVS Health Corporation, CVS PHARMACY, INC., Caremark PCS Health, LLC, Caremark RX, LLC, Caremark, LLC, ESI Mail Pharmacy Service, Inc., Eli Lilly and Company, Emisar Pharma Services, LLC, Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts Administrators, LLC, Express Scripts Pharmacy, Inc., Express Scripts, Inc., Medco Health Solutions, Inc., Novo Nordisk Inc., Optum, Inc., OptumInsight, Inc., Optumrx, Inc., Sanofi−Aventis U.S. LLC, Unitedhealth Group, Inc., Zinc Health Services, LLC with Jury Demand (Filing fee $405 receipt number AFLMDC−23238338) filed by Pasco County, Florida. (Attachments: # 1 Civil Cover Sheet)(Timmons, Rebecca) (Entered: 04/11/2025) |
| 04/14/2025 | 2 | NEW CASE ASSIGNED to Judge Kathryn Kimball Mizelle and Magistrate Judge Christopher P. Tuite. New case number: 8:25−cv−913−KKM−CPT. (AA) (Entered: 04/14/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 3 | **CIVIL CASE STANDING ORDER. The parties shall meet and file a Case Management Report using the standard form on the Court's website within forty days after any defendant appears. Each party must also file a Corporate Disclosure Statement using the standard template attached to this Order (also available on the undersigned's website under the "forms" tab) within fourteen days after appearing. Signed by Judge Kathryn Kimball Mizelle on 4/14/2025. (KMP)** (Entered: 04/14/2025) |
| 04/28/2025 | 4 | WAIVER of service returned executed on 4/21/2025 by Pasco County, Florida as to Sanofi–Aventis U.S. LLC. (Bogle, Brandon) (Entered: 04/28/2025) |
| 04/28/2025 | 5 | WAIVER of service returned executed on 4/21/2025 by Pasco County, Florida as to Eli Lilly and Company. (Bogle, Brandon) (Entered: 04/28/2025) |
| 04/28/2025 | 6 | MULTIDISTRICT LITIGATION panel order transferring case to: District of New Jersey MDL case number: 3080 (CTR) (Entered: 04/28/2025) |