AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Pasco County, Florida | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:25-cv-3375 |
| Eli Lilly and Company, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Pasco County, Florida.

Date: 05/01/2025

/s/ Brandon L. Bogle
*Attorney's signature*

Brandon L. Bogle (FL Bar 52624)
*Printed name and bar number*

Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr
& Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
*Address*

bbogle@levinlaw.com
*E-mail address*

(850) 435-7043
*Telephone number*

(850) 436-6080
*FAX number*